FILED

12/09/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0410

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0410

MIGUEL GARDIPEE,

Petitioner,

v.

JAMES SALMONSEN, Acting Warden,

Respondent.

FILED

DEC 09 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Petitioner Miguel Gardipee moves this Court for appointment of counsel and provides a proposed order. In August 2020, Gardipee petitioned this Court for habeas corpus relief alleging illegal incarceration because of a 2014 sentence.

Gardipee is not entitled to representation of counsel in his original proceeding. There is no right to the appointment of counsel in a proceeding for postconviction relief, although a court may order the assignment of counsel under the specific criteria outlined in § 46-8-104(1), MCA. Gardipee has not demonstrated any extraordinary circumstances to justify such appointment here. Section 46-8-104(1)(e), MCA. Even though his case is still pending before this Court, Gardipee does not need to do anymore or submit any other arguments. The State of Montana is due to file a written response this month. After this Court receives the response, it will issue a decision in due course. Accordingly,

IT IS ORDERED that Gardipee's Motion for Appointment of Counsel is DENIED.

The Clerk is directed to provide a copy of this Order to counsel of record and to Miguel Gardipee personally.

DATED this 9th day of December, 2020.

For the Court,

By _____
Chief Justice